# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1610
LT Case No. 2023-CA-003263

_____

DAVID WOHL and
TRACY MARIE WOHL,

    Appellants,

    v.

WENDY W. HEINZMANN, NANCY
H. TROUTMAN, as Trustee of the
Kathryn G. Whitehead
Revocable Living Trust, dated
June 2, 2021, as amended,
HUGH T. WHITEHEAD, JR.,and
KELLY HEINZMANN SMITH ,

    Appellees.

_____


On appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Michele M. Thomas, of Adrian Philip Thomas, P.A., Fort
Lauderdale, for Appellants.

W. Charles Hughes and Krista L.B. Collins, of Siegel Hughes
Ross & Collins, Gainesville, for Appellee, Wendy W.
Heinzmann.

Nicolas B. Harvey, of Harvey, P.A., Gainesville, for Appellee,
Nancy H. Troutman.

No Appearance for Remaining Appellees.

January 2, 2026


PER CURIAM.

We affirm the order granting Appellees' motion to strike Appellants' amended complaint, but dismiss as premature the appeal of the order granting sanctions pursuant to section 57.105(1).

AFFIRMED in part; DISMISSED in part.


JAY, C.J., and EDWARDS and MacIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____